UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD R. PEARSON,                ) | |
|                                  ) | CASE NO. C05-0400-RSL |
|     Plaintiff,                  ) | |
|                                  ) | |
| v.                              ) | |
|                                  ) | ORDER DISMISSING |
| DETECTIVE HAROLD HENTEL, *et al.*, ) | DEPRIVATION OF PROPERTY |
|                                  ) | CLAIM AND STAYING |
|     Defendants.                 ) | REMAINDER OF ACTION |
| _____ ) | |

The Court, having reviewed plaintiff's civil rights complaint, defendants' unopposed motion to dismiss and to stay, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Defendants' motion to dismiss and to stay this civil rights action (Dkt. # 10) is GRANTED; and

(3)   This action is STAYED pending final resolution of plaintiff's state court criminal proceedings. The parties shall file a status report in the above-captioned matter within sixty days of the final resolution of plaintiff's state court criminal proceedings.

ORDER DISMISSING DEPRIVATION OF
PROPERTY CLAIM AND STAYING
REMAINDER OF ACTION

DATED this 18th day of July, 2005.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING DEPRIVATION OF
PROPERTY CLAIM AND STAYING
REMAINDER OF ACTION   -2-