UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TODD R. PEARSON, | ) | CASE NO. C05-0400RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING ACTION |
| | ) | |
| DETECTIVE HAROLD HENTEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's civil rights complaint, defendants' motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion to dismiss plaintiff's claim regarding his confession (Dkt. No. 16) is GRANTED;

(3) Plaintiff's complaint, and this action, are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B); and

/ / /

ORDER DISMISSING ACTION
PAGE -1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 25th day of July, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION
PAGE -2